UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 20-80092-BPC
                                                         Chapter 13

NAKEIA L. SIMMONS,

    Debtor.

## ORDER DISMISSING BANKRUPTCY CASE

    The Chapter 13 Trustee filed a Notice of Dismissal (Doc. 34) under 11 U.S.C. § 1307 to dismiss this case because of a material default by Debtor in payments under the confirmed Chapter 13 plan. Debtor filed an objection and a hearing was held on November 9, 2022. At the time of the hearing, Debtor had not cured the default. In accordance with the ruling from the bench in open court, it is hereby

    ORDERED that the objection is OVERRULED and this bankruptcy case is DISMISSED for cause.

    It is FURTHER ORDERED that the Chapter 13 Trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

    Done this 9th day of November, 2022.

                                                          Bess M. Parrish Creswell
                                                          United States Bankruptcy Judge

c:      Debtor
         David S. Clark, Attorney for Debtor
         Sabrina L. McKinney, Trustee
         All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*